IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LUIS BONILLA, Reg. No. 41724-083, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO.: 2:19-CV-71-WHA-KFP |
| | ) |
| WARDEN WOODS, | ) |
| FPC MONTGOMERY, | ) |
| | ) |
| Respondent. | ) |

\*   \*   \*   \*   \*   \*

| | |
|---|---|
| LUIS BONILLA, Reg. No. 41724-083, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO.: 2:19-CV-903-WHA-KFP |
| | ) |
| WARDEN WOODS, | ) |
| FPC MONTGOMERY, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

On August 30, 2021, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 25. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and this petition is DISMISSED with prejudice as moot.

A Final Judgment will be entered separately.

Done, this 20th day of September 2021.

                                            /s/   W. Harold Albritton
                                            W. HAROLD ALBRITTON
                                            SENIOR UNITED STATES DISTRICT JUDGE